UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LLOYD CAREY, | ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | Civil Action No. 08-292 (RMC) <br> ) <br> ) |
| MICHAEL MUKASEY, *et al.*, | ) <br> ) |
| Respondents. | ) <br> ) |

### ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice for want of jurisdiction; accordingly, this case is closed.

This is a final appealable order. See Fed. R. App. 4(a).

**SO ORDERED**.

Date: March 4, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge