UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
**LLOYD CAREY,**            )
                            )
      Petitioner,     )
                            )    **Civil Action No. 08-292 (RMC)**
      v.              )
                            )
**MICHAEL MUKASEY,** *et al.*,  )
                            )
      Respondents.    )
_____)

## ORDER

Petitioner Lloyd Carey moves for reconsideration of the Order [Dkt. # 3] dismissing this *habeas corpus* action for lack of jurisdiction or for a transfer of the case. Motions for reconsideration are committed to the sound discretion of the trial court and need not be granted "unless the district court finds that there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Fox v. Am. Airlines Inc.*, 389 F.3d 1291, 1296 (D.C. Cir. 2004) (quoting *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996)). Mr. Carey simply reiterates previously considered arguments about the alleged invalidity of his conviction. He therefore provides no grounds for vacating the dismissal order and transferring the case. Because the case was dismissed without prejudice, Mr. Carey may re-file it in the appropriate judicial district presumably without negative consequence. Accordingly, it is

      **ORDERED** that Mr. Carey's motion for reconsideration [Dkt. No. 4] is **DENIED**.

      **SO ORDERED**.

                                            /s/
                                  ROSEMARY M. COLLYER
Date: April 28, 2008                United States District Judge